# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PALM BEACH BRAIN & SPINE** and
**AMOS O. DARE, M.D.,**
Appellants,

v.

**LOUSELINE NOEL** and **BRITTANY MONGER,**
Appellees.

No. 4D17-2516

[July 5, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. CACE14-019587(21).

Nicole Martell and Jocelyn E. Ezratty of David Di Pietro & Associates, P.A., Fort Lauderdale, for appellants.

Warren B. Kwavnick of Cooney Trybus Kwavnick Peets, Fort Lauderdale, for appellee Brittany Monger.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***